161 A.3d 785

**IN RE: RELINQUISHMENT OF J.D., a minor**

**Petition of: F.D., father**

**No. 648 MAL 2016**

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.